*Herbert J. Ryan* and *James R. Lyttle* for motion.
*Irwin Panken* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

COLIN A. STEPHENSON, Respondent, *v.* THE GO-GAS COMPANY et al., Appellants.

(Submitted October 14, 1935; decided October 15, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 372.)

RITA F. KALINOWSKI, an Infant, by JOHN KALINOWSKI, Her Guardian ad Litem, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent, Impleaded with Others.

JOHN KALINOWSKI, Appellant, *v.* JOSEPH T. RYERSON & SON, INC., Respondent, Impleaded with Others.

(Submitted October 14, 1935; decided October 15, 1935.)